In the Matter of the Estate of EDA W. SEMKEN, Deceased.

NEW YORK ASSOCIATION FOR THE BLIND, Appellant; GEORGE H. SEMKEN, Individually and as Executor, et al., Respondents.

Argued October 8, 1941; decided November 19, 1941.

*Matthew B. Sentner* for appellant.

*Frank C. Laughlin* and *Joseph W. Kirkpatrick* for George H. Semken, individually and as executor, respondent.

Order affirmed, with costs to the respondent Semken, individually and as executor, payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.